```
UNITED STATES DISTRICT COURT                          (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -:
GEORGE OVERTON,                              : 09 Civ. 2975 (JCF)
                                             :
                Plaintiff,                   :   O R D E R
                                             :
     - against -                             :
                                             :
CASHMAN DREDGING AND MARINE                  :
CONTRACTING CO., LLC,                        :
                                             :
                Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

A pretrial conference having been held on November 4, 2009, it is hereby ORDERED as follows:

1. All discovery shall be completed by April 30, 2010.

2. The pretrial order shall be submitted by May 31, 2010 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         November 4, 2009

Copies mailed this date:

Dennis M. O'Bryan, Esq.
Howard M. Cohen, Esq.
O'Bryan Baun Cohen Kuebler
401 S. Old Woodward - Suite 450
Birmingham, MI 48009

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09
```

1

Roberta E. Ashkin, Esq.
580 Broadway, Suite 906
New York, New York 10012

Charles E. Murphy, Esq.
Lennon, Murphy & Lennon LLC
420 Lexington Avenue - Suite 300
New York, New York 10170